# Exhibit

# 2

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | FortiToken 300 ("Accused Product") |
|---|---|
| 1. A method for providing security for a computer comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token, a computer operating system, and a CPU independent security subsystem which includes a security control unit and programmable auxiliary memory, sad method comprising of the steps of: | The accused product employs a method for providing security for a computer(USB Token is removably connected thereto) comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token(e.g., a USB Token), a computer operating system, and a CPU independent security subsystem which includes a security control unit (Cryptographic module) and programmable auxiliary memory(e.g., EEROM/ROM). The accused product is FIPS 140-2 Compliant.  https://www.fortinet.com/products-services/products/network-authentication/fortitoken-300.html |

1

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2



https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiToken_300.pdf

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiToken_300.pdf

http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf

| (a) generating with said | The accused product generate  with said security control unit a |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| | |
|---|---|
| security control unit a security subsystem key pair comprised of a public key and a private key; | security subsystem key pair comprised of a public key and a private key;<br><br>**Importing CER certificate**<br><br>To import a CER certificate, select *Import* and select *Browse* to choose a CER certificate to be imported. You must create a container to store the certificate. Since the CER certificate does not contain a key-pair, it can only be used for exchanging. However, if the key-pair was generated on the token when the Certificate Signing Request was created, then the imported (signed) certificate will have a key-pair and can be used for signing.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf<br><br>**Import**<br><br>FortiToken-300 supports certificate types P12, PFX, P7B, CRT and CER. The P12 and PFX types contain a key-pair (a public key and a private key), while the P7B, CRT and CER types do not. .<br><br>**Importing PFX certificate**<br><br>To import a PFX certificate, select *Import*, and select *Browse* to choose a PFX certificate to be imported. If necessary, enter a password. You are allowed to create a container or select a container for the certificate. Since the PFX certificate consists of a public key and a private key, it can be used for both exchanging and signing. You should specify a purpose for the certificate.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf |
| (b) storing said private key data in a memory location which is under the control of the said security subsystem; | The accused product stores  said private key data in a memory location which is under the control of the said security subsystem<br><br>**Import**<br><br>FortiToken-300 supports certificate types P12, PFX, P7B, CRT and CER. The P12 and PFX types contain a key-pair (a public key and a private key), while the P7B, CRT and CER types do not. .<br><br>**Importing PFX certificate**<br><br>To import a PFX certificate, select *Import*, and select *Browse* to choose a PFX certificate to be imported. If necessary, enter a password. You are allowed to create a container or select a container for the certificate. Since the PFX certificate consists of a public key and a private key, it can be used for both exchanging and signing. You should specify a purpose for the certificate.<br><br>Two certificates for different purposes can be stored in a single container. When importing a certificate to an existing container, the existing certificate for the same purpose in the container will be replaced if applicable.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf |
| (c) creating with said security -subsystem a key file encrypted with said public key and writing the key file to a master token | The accused product creates with said security -subsystem a key file encrypted with said public key and writing the key file  to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key. |

3

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| | |
|---|---|
| by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key; | **FortiToken-300**<br><br>A FIPS compliant smart card based token for PKI applications.<br><br>**CryptoAPI Interface (CAPI)**<br><br>An interface used for cryptography operations, provided by Microsoft. It provides cryptographic algorithm encapsulation of equipment irrelevant or implemented by software. With this interface, it is easy to develop PKI applications for <mark>data encryption/decryption, authentication and signature</mark> on Windows platforms.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf |
| (d) allowing access to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem; | The accused product allows access (authentication after initialization) to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem<br><br>**FortiToken-300**<br><br>A FIPS compliant smart card based token for PKI applications.<br><br>**CryptoAPI Interface (CAPI)**<br><br>An interface used for cryptography operations, provided by Microsoft. It provides cryptographic algorithm encapsulation of equipment irrelevant or implemented by software. With this interface, it is easy to develop PKI applications for <mark>data encryption/decryption, authentication and signature</mark> on Windows platforms.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf<br><br>**Import**<br><br>FortiToken-300 supports certificate types P12, PFX, P7B, CRT and CER. The P12 and PFX types contain a key-pair (a public key and a private key), while the P7B, CRT and CER types do not. .<br><br>**Importing PFX certificate**<br><br>To import a PFX certificate, select *Import*, and select *Browse* to choose a PFX certificate to be imported. If necessary, enter a password. You are allowed to create a container or select a container for the certificate. Since the <mark>PFX certificate</mark> consists of a public key and a <mark>private key</mark>, it can be used for both exchanging and signing. You should specify a purpose for the certificate.<br><br> <mark>Two certificates for different purposes can be stored in a single container.</mark> When importing a certificate to an existing container, the existing certificate for the same purpose in the container will be replaced if applicable.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| | |
|---|---|
| | The total private memory space and the free private memory space refer to the PIN protected spaces.<br><br>The private key is extremely sensitive and is therefore managed by the chip operating system. It does not show the total private memory space and the free private memory space.<br><br>http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf |
| (e) denying file and peripheral device access requests by the central processing unit when the security requirements are not satisfied. | The accused product denies file and peripheral device access requests by the central processing unit when the security requirements are not satisfied (e.g., the wrong PIN are entered the token will be locked)<br><br><br><br>https://www.fortinet.com/products-services/products/network-authentication/fortitoken-300.html |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

### Getting Started

To launch the FortiToken manager, go to Start Menu > *All Programs* > *Fortinet* > *FortiToken*, and select the *FortiToken Token Manager* icon.

**Figure 1:** FortiToken Token Manager launch screen

Insert the FortiToken-300 into a USB port on your computer. The first time you do this, FortiToken Token Manager displays a reminder to change your default PIN if it has not already been changed by your system administrator. The default PIN is *1234*.

If you type an incorrect password in the PIN input box, here is a limit of five attempts to log in. If all five attempts fail, the token will be locked.

Once the FortiToken-300 is inserted, select Yes to the prompt to change the PIN. The FortiToken Token Manager displays the FortiToken-300 information.

http://docs.fortinet.com/uploaded/files/1440/fortitoken-300-user-guide-12.pdf