# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:16-cv-952-JRG |
| v. | § | |
| | § | LEAD CASE |
| FORTINET, INC., | § | |
| | § | |
| YUBICO, INC. | § | 2:16-CV-00955-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Stipulated Motion for Dismissal with Prejudice of all claims asserted between Plaintiff VORTEX PATHWAY LLC and Defendant YUBICO, INC. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby.

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff VORTEX PATHWAY LLC and Defendant YUBICO, INC. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of July, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE